ACCEPTED
03-13-00619-CV
3788646
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 4:24:11 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00619-CV

_____

In the Court of Appeals for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 4:24:11 PM
JEFFREY D. KYLE
Clerk

_____

**Argonaut Insurance Company and
Argonaut Great Central Insurance Company,**
Appellants,

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and
Ken Paxton, Attorney General of the State of Texas**
Appellees.

_____

On Appeal from the 261st Judicial District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-11-001584
Hon. Lora J. Livingston, Presiding

_____

**APPELLEES' NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS**
_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015.

Accordingly, the Appellees now should be designated "Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas."

1

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief,
Financial Litigation, Tax, and
Charitable Trusts Division

*/s/ Shannon M. Ryman*
SHANNON M. RYMAN
Lead Attorney
State Bar No. 24089705
Financial Litigation, Tax, and
Charitable Trusts Division
P.O. Box 12548, MC 017-6
Austin, Texas 78711-2548
Telephone:   (512) 475-4866
Telecopier:   (512) 477-2348
shannon.ryman@texasattorneygeneral.gov
*Attorneys for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2015, a true and correct copy of the foregoing **Appellees' Notice of Automatic Substitution of Public Officers** was served on the following attorney(s) of record, via File & Serve Express service and/or as otherwise indicated below:

Jonathan D. Pauerstein                        *Via Email:*    jpauerstein@rpsalaw.com
Rosenthal Pauerstein Sandoloski
    Agather LLP
755 East Mulberry Street, Suite 200
San Antonio, Texas 78212


*/s/ Shannon M. Ryman*
Shannon M. Ryman

3